| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JOANN WILBERT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-513
§
MARCIA JACKSON, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Joann Wilbert, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claims against Marcia Jackson, Kristi Flippo, Officer Bell and Officer Mallet be dismissed for failure to state a claim upon which relief may be granted.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The claims against defendants Jackson, Flippo, Bell and Mallet are **DISMISSED** for failure to state a claim upon which relief may be granted.

    SIGNED at Beaumont, Texas, this 20th day of January, 2023.

                                                                       MARCIA A. CRONE
                                                         UNITED STATES DISTRICT JUDGE