|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JO ANN WILBERT, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-513
§
MAJOR COLLINS, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Jo Ann Wilbert, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by defendants Collins and Smith be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#26) is **ADOPTED**. The motion to dismiss (#22) is **GRANTED**. The claims against defendants Collins and Smith are **DISMISSED**.

    SIGNED at Beaumont, Texas, this 10th day of August, 2023.

                                                  MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE